UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BROWN and NANCY BROWN,

                Plaintiffs,                No. 09-CV-10864-DT

vs.                                          Hon. Gerald E. Rosen

LITTON LOAN SERVICING, LP, et al.,

                Defendants.
_____/

ORDER GRANTING PLAINTIFF'S ATTORNEY'S MOTION TO
WITHDRAW AS COUNSEL AND ORDER OF DISMISSAL, WITHOUT PREJUDICE

          At a session of said Court, held in
          the U.S. Courthouse, Detroit, Michigan
          on          July 14, 2009

          PRESENT:  Honorable Gerald E. Rosen
                                Chief Judge, United States District Court

     This matter having come before the Court on the Motion to Withdraw as Counsel for Plaintiffs filed by Plaintiffs' attorney, Kassem Dakhlallah; and the Court having heard the arguments of counsel; and having heard on the record on July 13, 2009 the positions of Plaintiffs Edward Brown and Nancy Brown; and having determined that sufficient good cause has been shown for the relief requested,

     NOW, THEREFORE,

     IT IS HEREBY ORDERED that Mr. Dakhlallah's Motion to Withdraw as Counsel for Plaintiffs **[Dkt. # 11]** is GRANTED.

     IT IS FURTHER ORDERED that this case is be, and hereby is, DISMISSED,

without prejudice to Plaintiffs' right to re-file their Complaint **within 30 days of the date of this Order**. If, after the expiration of this 30-day period Plaintiffs' take no action with respect to matter, this dismissal shall become a dismissal, with prejudice.

      SO ORDERED.

                    s/Gerald E. Rosen
                    Chief Judge, United States District Court

Dated: July 14, 2009

### CERTIFICATE OF SERVICE

I hereby certify that on    July 14, 2009   , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:   Michael J. Blalock; Jong-Ju Chang; Ari M. Charlip; Kassem M. Dakhlallah; Joseph A. Doerr; Joseph H. Hickey     , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Edward Brown, Nancy Brown, 3675 Brookdale Lane; Waterford, MI 483284   .

                    s/Ruth A. Brissaud
                    Ruth A. Brissaud, Case Manager
                    (313) 234-5137